1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   ALARICE M. MEDRANO
4  Assistant United States Attorney
   California Bar No. 166730
5       Room 7516 Federal Building
        300 North Los Angeles Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0460
7       Facsimile: (213) 894-7819
        Email: Alarice.Medrano@usdoj.gov
8
   GREGORY G. KATSAS
9  Assistant Attorney General
   ELIZABETH J. STEVENS
10 Assistant Director, District Court Section
   Office of Immigration Litigation
11 KATHRYN L. MOORE
   Trial Attorney, District Court Section
12 Office of Immigration Litigation
   Ohio Bar No. 0078573
13      P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
14      Telephone: (202) 305-7099
        Facsimile: (202) 305-7000
15      Email: Kathryn.Moore@usdoj.gov

16 Attorneys for Defendants.

JS - 6

17                    UNITED STATES DISTRICT COURT

18                FOR THE CENTRAL DISTRICT OF CALIFORNIA

19                           WESTERN DIVISION

20 KK 2000, Inc., and Lee Choo Tan,  )
                                     )
21      Plaintiffs,                  )
                                     )
22      v.                           )   No. CV 08-03294 PA (CTx)
                                     )
23 U.S. Department of Homeland       )   JUDGMENT
   Security, et al.,                 )
24                                   )
        Defendants.                  )
25 _____    )

26      In accordance with the Court's Order dated December 23, 2008,

27 granting the Motion for Judgment on the Pleadings (construed as a

28 Motion for Summary Judgment) by defendants United States

Department of Homeland Security and United States Citizenship and Immigration Services ("Defendants"),

 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of Defendants, and against plaintiffs KK 2000, Inc., and Lee Choo Tan.

 The Clerk is ordered to enter this Judgment.

January 21, 2009.

_____
     HONORABLE PERCY ANDERSON
     UNITED STATES DISTRICT COURT JUDGE

2